IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE TRAMPAS BENAVIDES,<br>Plaintiff,<br><br>v.<br><br>FAITH JOHNSON, et al.,<br>Defendants. | §<br>§<br>§<br>§ No. 3:19-cv-01424-S-BT<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 6, 2020 (ECF No. 16). The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 30, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

1